**DAVID BARRON**
Nevada Bar No. 142
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: 702-870-3940
Facsimile:  702-870-3950
E-Mail: dbarron@lvnvlaw.com
*Attorneys for Thomas Edward Awrey*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK DOTY, an individual; and CHRISTINE DOTY, an individual;<br><br>          Plaintiffs,<br>v.<br><br>THOMAS EDWARD AWREY, an individual; DOES I through X; and ROE CORPORATIONS I through X inclusive,<br><br>          Defendant. | Case No: 2:14-cv-1093<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED, by and between Plaintiffs, MARK DOTY and CHRISTINE DOTY, by and through their attorney, DARWIN M. RYGG, III; and Defendant, THOMAS EDWARD AWREY, by and through his attorney, DAVID BARRON of the law firm of BARRON & PRUITT, LLP, that the above-entitled matter may

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

629.39    Awrey adv. Doty.docx                1 of 3

be dismissed, with prejudice, with each party to bear his or her own costs and fees.

DATED this 11 day of February, 2015      DATED this 12 day of February, 2015

LAW OFFICES OF DARWIN M. RYGG III      BARRON & PRUITT, LLP

DARWIN M. RYGG, III      DAVID BARRON
Nevada State Bar #9173      Nevada Bar No. 142
2450 St. Rose Pkwy., #120      3890 West Ann Road
Henderson, Nevada 89074      North Las Vegas, Nevada 89031-4416
*Attorney for Plaintiffs*      *Attorneys for Thomas Edward Awrey*

O R D E R

IT IS SO ORDERED February 18, 2015.

_____